IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARKUS GRANSBERRY,

    Plaintiff,

v.

DR. D. SULIENE, L. ALSUM,
SGT. FRIEND and WISCONSIN
DEPARTMENT OF CORRECTIONS,

    Defendants.

JUDGMENT IN A CIVIL CASE

09-cv-730-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying leave to proceed and dismissing this case as to defendant Wisconsin Department of Corrections, granting summary judgment in favor of defendants Dr. D. Suliene, L. Alsum and Sgt. Friend and dismissing this case.

_____      __11/18/10__
Peter Oppeneer, Clerk of Court                     Date